UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                               §
                                     §
LYONS, RICHARD DANIEL                §     Case No. 09-02491
                                     §
        Debtor(s)                    §

NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

       Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

       The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF BANKRUPTCY COURT
        KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/23/2012 in Courtroom 4016,
        DuPage County Courthouse
        505 N. County Farm Rd.
        Wheaton, IL  60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/20/2012                    By: GINA B. KROL
                                                   Chapter 7 Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
LYONS, RICHARD DANIEL § Case No. 09-02491
§
Debtor(s) §

SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 42,507.84 |
| and approved disbursements of | $ | 250.18 |
| leaving a balance on hand of[1] | $ | 42,257.66 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 5,000.78 | $ 0.00 | $ 5,000.78 |
| Other: International Sureties Ltd. | $ 36.06 | $ 36.06 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,000.78 |
| Remaining Balance | | $ | 37,257.21 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,326.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 88.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Yellow Book USA | $ 12,319.43 | $ 0.00 | $ 10,843.99 |
| 000002 | Discover Bank | $ 11,805.05 | $ 0.00 | $ 10,391.22 |
| 000003 | Chase Bank USA NA | $ 15,964.07 | $ 0.00 | $ 14,052.13 |
| 000004 | Fia Card Services, NA/Bank of America | $ 2,237.89 | $ 0.00 | $ 1,969.87 |

Total to be paid to timely general unsecured creditors    $    37,257.21

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
                                                       Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                         Case No. 09-02491-DRC
Richard Daniel Lyons                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers           Page 1 of 2            Date Rcvd: Mar 19, 2012
                              Form ID: pdf006          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2012.
```
db          +Richard Daniel Lyons,    4135 Glendenning Road,    Downers Grove, IL 60515-2226
13462370    +AT & T Univeral,    Processing Center,    Des Moines, IA 50363-0001
13462371     Charter One Bank,    P.O. Box 20362,   Rochester, NY 14602-0362
16306439     Chase Bank USA NA,    PO BOX 15145,   Wilmington, DE 19850-5145
13462372     Chase Card Services,    P.O. Box 94014,    Palatine, IL 60094-4014
13462373     Chase Home Loans,    P.O. Box 830016,   Baltimore, MD 21283-0016
13462377     MBNA America,    P.O. Box 15289,   Wilmington, DE 19886-5289
13462379   ++++TIVOLI ENTERPRISES, INC.,    603 ROGERS ST FL 1,    DOWNERS GROVE IL 60515-3774
             (address filed with court:   Tivoli Enterprises, Inc.,    603 Rogers,    Downers Grove, IL 60515)
13462378    +Thomson West,   610 Opperman Drive,    Egan, MN 55123-1340
13462381     Yellow Book,   6300 C Street,    Cedar Rapids, IA 52404-7470
13732948    +Yellow Book USA,    C/O RMS Bankruptcy Recovery Services,    Pob 5126,
             Timonium,Maryland 21094-5126
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13462374     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 20 2012 02:25:25      Discover Card,
             P.O. Box 30943,    Salt Lake City, UT 84130-0395
15915941     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 20 2012 02:25:25      Discover Bank,
             Dfs Services LLC,    PO Box 3025,   New Albany, OH 43054-3025
16329826     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 20 2012 02:24:13
             Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
             Oklahoma City, OK 73124-8809
13462375    +E-mail/Text: collectionsbk@glcu.org Mar 20 2012 03:04:45      Great Lakes Credit Union Visa,
             2525 Green Bay Road,    North Chicago, IL 60064-3082
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13462376*   +Great Lakes Credit Union Visa,    2525 Green Bay Road,    North Chicago, IL 60064-3082
13462380*  ++++TIVOLI ENTERPRISES, INC.,    603 ROGERS ST FL 1,    DOWNERS GROVE IL 60515-3774
             (address filed with court:   Tivoli Enterprises, Inc.,    603 Rogers,    Downers Grove, IL 60515)
                                                                                     TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 21, 2012**               **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: mflowers              Page 2 of 2                   Date Rcvd: Mar 19, 2012
                              Form ID: pdf006             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2012 at the address(es) listed below:
          Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gina B Krol    on behalf of Trustee Gina Krol gkrol@cohenandkrol.com,
           jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Michael L Sherman    on behalf of Creditor  Great Lakes Credit Union shermlaw1@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Terence M Fenelon    on behalf of Debtor Richard Lyons tmf523@comcast.net
                                                                                                                        TOTAL: 5