UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
LYONS, RICHARD DANIEL               §         Case No. 09-02491
                                    §
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/GINA B. KROL_____
                                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Charter One Bank |  |  |  |  |  |
|  | Chase Home Loans |  |  |  |  |  |
|  | Great Lakes Credit Union |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Universal | | | | | |
| | Great Lakes Credit Union | | | | | |
| | MBNA | | | | | |
| | Thomson West | | | | | |
| | Tivoli Enterprises | | | | | |
| 000001 | YELLOW BOOK USA | | | | | |
| 000003 | CHASE BANK USA NA | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

Case 09-02491 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT Desc Main Page: 1
Doc 52 Filed 06/11/12 Entered 06/11/12 16:05:16
Document ASSET CASES Page 6 of 10

| Case No: | 09-02491 SQU Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL | Exhibit 8 |
| --- | --- | --- | --- | --- |
| Case Name: | LYONS, RICHARD DANIEL | Date Filed (f) or Converted (c): | 01/28/09 (f) | |
| | | 341(a) Meeting Date: | 03/03/09 | |
| For Period Ending: 05/17/12 | | Claims Bar Date: | 10/27/10 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 250,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. VACANT LAND | 10,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. Cash | 100.00 | 0.00 | | 0.00 | 0.00 |
| 4. BANK ACCONTS | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. Security Deposit | 500.00 | 0.00 | | 0.00 | 0.00 |
| 6. FURNITURE | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 7. collectibles | 400.00 | 0.00 | | 0.00 | 0.00 |
| 8. CLOTHES | 500.00 | 0.00 | | 0.00 | 0.00 |
| 9. Stock | 1,000.00 | Unknown | | 0.00 | Unknown |
| Debtor is an attorney with a contigency fee interest in a pending PI case. Trustee is waiting for resolution of litigation to collect fee and distribute to creditors | | | | | |
| 10. VEHICLE | 8,500.00 | Unknown | | 0.00 | Unknown |
| 11. Contingent Fee Claim | 0.00 | 42,500.00 | | 42,500.00 | FA |
| Debtor is an attorney who had a contingent fee case. Case was settleed by co-counsel after the Chapter 7 was filed. Debtor was entitled to receive a portion of the fee which resulted from the settlement | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 8.41 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $273,000.00 | $42,500.00 | | $42,508.41 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee received PI settlement proceeds. Will review claims and prepare TFR

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 12/31/12

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

LFORM1                                                                                                                                                       Ver: 16.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-02491 -SQU | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | LYONS, RICHARD DANIEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3196 BofA - Money Market Account |
| Taxpayer ID No: | *******4359 | | |
| For Period Ending: | 05/17/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/18/10 | 11 | O'Connor Law Group LLC<br>221 N. LaSalle St., Ste. 1050<br>Chicago, IL 60601 | | 1129-000 | 21,250.00 | | 21,250.00 |
| 10/18/10 | 11 | Timothy O'Brien<br>221 N. LaSalle St., Ste. 1050<br>Chicago, IL 60601 | | 1129-000 | 21,250.00 | | 42,500.00 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 42,500.37 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.06 | | 42,501.43 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.08 | | 42,502.51 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.08 | | 42,503.59 |
| 02/07/11 | 000301 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 36.06 | 42,467.53 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 42,467.86 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.36 | | 42,468.22 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.35 | | 42,468.57 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.36 | | 42,468.93 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.35 | | 42,469.28 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.36 | | 42,469.64 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.36 | | 42,470.00 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.35 | | 42,470.35 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.36 | | 42,470.71 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 54.11 | 42,416.60 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.35 | | 42,416.95 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 52.29 | 42,364.66 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.36 | | 42,365.02 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 52.23 | 42,312.79 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.36 | | 42,313.15 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 55.49 | 42,257.66 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 42,257.99 |

Page Subtotals 42,508.17 250.18

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 16.06b
LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-02491 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | LYONS, RICHARD DANIEL | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3196 BofA - Money Market Account |
| Taxpayer ID No: | *******4359 | | | |
| For Period Ending: | 05/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/22/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.24 | | 42,258.23 |
| 03/22/12 | | Transfer to Acct #*******4263 | Final Posting Transfer | 9999-000 | | 42,258.23 | 0.00 |
| | | | COLUMN TOTALS | | 42,508.41 | 42,508.41 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 42,258.23 | |
| | | | Subtotal | | 42,508.41 | 250.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 42,508.41 | 250.18 | |

Page Subtotals      0.24      42,258.23

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 16.06b

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-02491 -SQU | |
| Case Name: | LYONS, RICHARD DANIEL | |
| Taxpayer ID No: | *******4359 | |
| For Period Ending: | 05/17/12 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******4263 BofA - Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/22/12 | | Transfer from Acct #*******3196 | Transfer In From MMA Account | 9999-000 | 42,258.23 | | 42,258.23 |
| 03/23/12 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 5,000.78 | 37,257.45 |
| 03/23/12 | 003002 | Yellow Book USA<br>C/O RMS Bankruptcy Recovery Services<br>Pob 5126<br>Timonium,Maryland 21094 | Claim 000001, Payment 88.02404% | 7100-000 | | 10,844.06 | 26,413.39 |
| 03/23/12 | 003003 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 88.02402% | 7100-900 | | 10,391.28 | 16,022.11 |
| 03/23/12 | 003004 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 88.02404% | 7100-900 | | 14,052.22 | 1,969.89 |
| 03/23/12 | 003005 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000004, Payment 88.02443% | 7100-900 | | 1,969.89 | 0.00 |

```
                                        COLUMN TOTALS                    42,258.23        42,258.23              0.00
                                   Less: Bank Transfers/CD's             42,258.23             0.00
                                        Subtotal                              0.00        42,258.23
                                   Less: Payments to Debtors                                   0.00
                                        Net                                   0.00        42,258.23
```

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - *******3196 | 42,508.41 | 250.18 | 0.00 |
| BofA - Checking Account - *******4263 | 0.00 | 42,258.23 | 0.00 |
| | 42,508.41 | 42,508.41 | 0.00 |

Page Subtotals   42,258.23   42,258.23

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-02491 -SQU | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | LYONS, RICHARD DANIEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4263 BofA - Checking Account |
| Taxpayer ID No: | *******4359 | | |
| For Period Ending: | 05/17/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ GINA B. KROL  Date: 05/17/12
GINA B. KROL

Page Subtotals  0.00  0.00